Decided September 27, 2006

TRUMBULL FALLS, LLC, ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF TRUMBULL

The plaintiffs' petition for certification for appeal from the Appellate Court, 97 Conn. App. 17 (AC 26715), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Thomas J. Welch*, in support of the petition.

*Kevin J. Gumpper*, in opposition.

Decided September 27, 2006

ALFREDO VARGAS *v.* JOHN DOE ET AL.

The defendants' petition for certification for appeal from the Appellate Court is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Max F. Brunswick*, in support of the petition.

*Nathalie Feola-Guerrieri* and *Daniel Shepro*, in opposition.

Decided September 27, 2006